UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAILINELI LTD., *a foreign corporation*, RAQUETTE VIEW LIMITED, *a foreign corporation*, LIQUID LP, *a foreign limited partnership*, BENJAMIN BEJA LEZAMA, *and* MARIANA PINTO ESCANDON,

        Plaintiffs,

– against –

PRODIGY NETWORK, LLC, *a Delaware limited liability company*, 1400 N ORLEANS NEWCO, INC., *and* PRODIGY SHOREWOOD DOMESTIC FEEDER REP FUND, LLC

        Defendants.

**ORDER**

20 Civ. 2906 (ER)

RAMOS, D.J.:

    The plaintiffs served each of the above-named defendants with process on July 2, 2020. Docs. 16–18. Each of their answers were accordingly due on July 23. None of the defendants have answered or otherwise responded to the plaintiffs' amended complaint as of the date of this Order.

    The plaintiffs are directed to file a status report with the Court by September 11, 2020. Failure to do so may result in sanctions up to and including dismissal of this matter for failure to prosecute. Fed. R. Civ. P. 41(b).

It is SO ORDERED.

Dated:  September 8, 2020
           New York, New York

                                              EDGARDO RAMOS, U.S.D.J.