UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Case No.: 1:20-cv-02906-ER

JAILINELI LTD., a foreign corporation,
RAQUETTE VIEW LIMITED, a
foreign corporation, LIQUID, LP, a
foreign limited partnership,
BENJAMIN BEJA LEZAMA, and
MARIANA PINTO ESCANDON,

Plaintiffs,

v.

PRODIGY NETWORK, LLC, a
Delaware limited liability company,
1400 N ORLEANS NEWCO, INC., and
PRODIGY SHOREWOOD DOMESTIC
FEEDER REP FUND, LLC,

Defendants.

**DEFAULT JUGDMENT**

Plaintiffs commenced this action on April 8, 2020, by filing a summons and complaint (the "**Complaint**"). *See* Docket Entry ("**D.E.**") 1, 3-5. On June 24, 2020, Plaintiffs filed their First Amended Complaint (the "**Amended Complaint**") (D.E. 14). In an effort to correct a filing deficiency, Plaintiffs filed a corrected Amended Complaint (the "**Operative Complaint**"). On July 2, 2020, at approximately 11:05 am, Ramona Talvacchio, a process server duly authorized to serve legal process, personally served a copy of the summons and Operative Complaint on Defendants Prodigy Network, LLC, 1400 N Orleans Newco, Inc., and Prodigy Shorewood Domestic Feeder REP Fund, LLC (collectively, "**Defendants**") by serving Defendants' registered agent, National Registered Agents, Inc., at 1209 Orange Street, Wilmington, DE 19801.

1

Defendants having not answered the Operative Complaint, and the time for answering the Operative Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That Plaintiffs have judgment against Defendants in the amount of $3,000,000 with interest at 14 % amounting to $ 3,420,000 plus costs and disbursements of this action in the amount of $ 625 amounting in total to $ 3,420,625 .

**DATED**:   November 13, 2020
             New York, New York

_____
United States District Judge

This document was entered on the docket on November 13, 2020.